UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIUDMYLA IEGOROVA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN WELBY,<br><br>　　　　　Defendant. | No.  2:19-cv-00718 MCE AC (PS)<br><br><br><br>ORDER |

　　　　Plaintiff, proceeding pro se [and in forma pauperis], filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On August 6, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No 5.  Plaintiff has not filed objections to the findings and recommendations.

　　　　Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

ORDERED that:

1. The findings and recommendations filed August 6, 2019, (ECF No. 5) are ADOPTED in full;

2. This action is DISMISSED, without prejudice, for lack of prosecution and for failure to comply with the court's orders, see Fed. R. Civ. P. 41(b), Local Rule 110; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  March 29, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE